1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  KEITH THOMAS,                         1:06-cv-01158-AWI-SMS-PC

12          Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 5)
13  vs.
                                **ORDER DENYING MOTION FOR LEAVE**
14  JOHN DOE, CLERK OF COURT,   **TO PROCEED IN FORMA PAUPERIS,**
                                **AND REQUIRING PLAINTIFF**
15          Defendant.          **TO PAY FILING FEE IN FULL**
                                **WITHIN FIFTEEN DAYS** (Doc. 2)
16  _____/

17

18       Plaintiff  Keith  Thomas  ("plaintiff"),  a  state  prisoner

19  proceeding  pro  se,  has  filed  this  civil  rights  action  seeking

20  relief under 42 U.S.C. § 1983.  The matter was referred to a United

21  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

22  Local Rule 72-302.

23       On August 31, 2006, the Magistrate Judge filed a Findings and

24  Recommendations  herein  which  was  served  on  plaintiff  and  which

25  contained notice to plaintiff that any objection to the Findings

26  and Recommendations was to be filed within fifteen days.  To date,

27  plaintiff has not filed any objection to the Magistrate Judge's

28  Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2 and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of
3 this case.  Having carefully reviewed the entire file, the Court
4 finds the Findings and Recommendations to be supported by the
5 record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  The Findings and Recommendations, filed August 31, 2006,
8 is ADOPTED IN FULL;

9    2.  Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion for
10 leave to proceed in forma pauperis is DENIED;

11   3.  Plaintiff shall submit the $350.00 filing fee in full
12 within **fifteen (15) days** from the date of service of this order;
13 and,

14   4.  If plaintiff fails to pay the $350.00 filing fee in full
15 within fifteen days, this action will be dismissed, without
16 prejudice.

17

18

19

20 IT IS SO ORDERED.

21 **Dated:    October 6, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2