UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | 1:06-cv-01158-AWI-SMS PC |
| Plaintiff, | **ORDER DENYING MOTION FOR DE NOVO REVIEW AS MOOT AND ADDRESSING OBJECTION** (Docs. 7 and 8) |
| vs. | |
| JOHN DOE, CLERK OF COURT, | |
| Defendant. | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO PAY THE $350.00 FILING FEE** (Doc. 6) |

Plaintiff Keith Thomas ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 31, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file an objection and the Findings and Recommendations was adopted in full on October 6, 2006. On October 27, 2006, plaintiff

1

filed a motion seeking a de novo review of his complaint and an objection to the Findings and Recommendations.

This Court conducted a de novo review of this case, including plaintiff's complaint, when it considered the Magistrate Judge's Findings and Recommendations filed August 31, 2006. Plaintiff is suing the unidentified Clerk of Court for the Kings County Superior Court. Plaintiff is currently incarcerated at California State Prison-Sacramento. Plaintiff's claim against the Clerk of Court stems from the Clerk's alleged failure to process plaintiff's civil rights suit concerning events that occurred when plaintiff was at California State Prison-Corcoran. Plaintiff's complaint in this action does not even arguably make a showing that plaintiff was in imminent danger of serious physical injury at the time of the filing of this action and plaintiff is therefore ineligible to proceed in forma pauperis in this action. 28 U.S.C. § 1915(g). Plaintiff's motion for a de novo review is moot in light of the Court's order of October 6, 2006, and shall be denied.

On October 27, 2006, plaintiff filed an objection to the Findings and Recommendations. Plaintiff's objection is untimely. In addition, it is utterly devoid of grounds that would have persuaded the Court not to adopt the Magistrate Judge's Findings and Recommendations in full. Plaintiff is subject to 28 U.S.C. § 1915(g) and his operative pleading is subject to review in determining whether or not plaintiff is eligible to proceed in forma pauperis. The Court is under no obligation to provide plaintiff with the opportunity to amend his complaint prior to giving effect to the mandate of section 1915(g).

///

1     On October 6, 2006, plaintiff was ordered to pay the $350.00 filing fee in full within fifteen days.  More than fifteen days have passed and plaintiff has not paid the filing fee.  Accordingly, pursuant to section 1915(g), this action shall be dismissed, without prejudice.

     Based on the foregoing, IT IS HEREBY ORDERED that:

1.   Plaintiff's motion for a <u>de novo</u> review of his complaint, filed October 27, 2006, is denied as moot;

2.   Plaintiff's untimely objection, filed October 27, 2006, is deemed addressed; and

3.   This action is dismissed, without prejudice, based on plaintiff's failure to pay the $350.00 filing fee in compliance with the Court's order of October 6, 2006.

IT IS SO ORDERED.

**Dated:   November 19, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

3